IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00356-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL SOLOMON LEHI,

    Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is set for a nonjury trial on October 6, 2010. On or before Friday, September 24, 2010, the parties may file briefs on the purely legal question in dispute, such briefs not to exceed five pages. The parties should address the effect, if any, of *United States v. Lewellyn*, 481 F.3d 695, 698-99 (9th Cir. 2007); *United States v. Taliaferro*, 211 F.3d 412, 415 (7th Cir. 2000); *United States v. Hernandez*, 921 F.2d 1569, 1577 (11th Cir. 1991); *United States v. Frizzi*, 491 F.2d 1231, 1232 (1st Cir. 1974).

    DATED September 8, 2010.