IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00356-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL SOLOMON LEHI,

    Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is set for a nonjury trial on October 6, 2010. The parties filed Trial Stipulations [Docket No. 30] on Friday, September 24, 2010. The parties stipulate that the "facts set forth in Dale American Horse's 'Officer Case Report' . . . may be accepted by the Court as proven." *See* Docket No. 30 at 2, ¶ 1.e. Those facts are not limited to the sole fact (spitting on a federal officer in the performance of his official duties) identified by the parties as constituting the contested the legal issue in this case. Therefore, it is

    **ORDERED** that, on or before, Friday, October 1, 2010, the parties shall file briefs not exceeding three pages regarding whether the Court can consider all the stipulated facts when determining whether such acts involve physical contact pursuant to 18 U.S.C. § 111(a)(1).

    DATED September 27, 2010.